IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CURTIS MILES                                                                                                  PLAINTIFF

v.                                          4:19-cv-00344-SWW-JJV

CITY OF DES ARC, and
PRAIRIE COUNTY, ARKANSAS
                                                                                                              DEFENDANTS

# ORDER

Before the Court is a Recommendation filed by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review, the Recommendation is adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief may be granted.

2. Dismissal is a "strike," as defined by 28 U.S.C. § 1915(g).

3. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1