# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CURTIS MILES                                                                                          PLAINTIFF

v.                                          4:19-cv-00344-SWW-JJV

CITY OF DES ARC, and
PRAIRIE COUNTY, ARKANSAS                                                              DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 12th day of September, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE